UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

MATTHEW and KIMBERLY MCKINNON,   Case No. 06-55324
                                 Chapter 7
              Debtors.           Hon. Marci B. McIvor
_____/

# ORDER DENYING TRUSTEE'S MOTION TO DISMISS UNDER § 707(b)(2) AND SETTING EVIDENTIARY HEARING FOR 707(b)(3) ISSUES

For the reasons stated in the accompanying Opinion, the Trustee's Motion to Dismiss under § 707(b)(2) is denied. An evidentiary hearing will be held on March 26, 2007 at 9:00 a.m. to determine whether Debtors' bankruptcy petition should be dismissed under 11 U.S.C. § 707(b)(3).

IT IS SO ORDERED.

Signed on February 16, 2007

                                              /s/ Marci B. McIvor
                                              Marci B. McIvor
                                              United States Bankruptcy Judge